# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 07-CR-05062-SRB-05 |
| HAROLD HEATH FOSTER, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Defendant Harold Heath Foster's *pro se* motion for early termination of supervised release. (Doc. #832.) For the reasons stated below, Defendant Foster's motion is GRANTED.

In 2009, Defendant Foster was sentence to a 140-month term of imprisonment to be followed by a 5-year term of supervised release for conspiracy to distribute 50 grams or more of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), 846, and 851. Defendant Foster's term of supervised release commenced on July 20, 2018. On January 25, 2021, Defendant Foster filed the instant motion requesting early termination of his supervised release, stating his drug program participation, sobriety, employment, and clean record during and after his incarceration warrants early termination.

The Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions . . . relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3583(e)(1). Upon review

of the record and the circumstances of his case, the Court finds Defendant Foster's conduct and the interest of justice warrant early termination of his supervised release.

Accordingly, it is hereby **ORDERED** that Defendant Foster's *pro se* motion for early termination of supervised release (Doc. #832) is **GRANTED**.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: February 5, 2021